AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| FRANK ZAZZARINO, on behalf of himself, FLSA Collective Plaintiffs, and the class,<br><br>*Plaintiff(s)*<br><br>v.<br><br>BRAMALO PASTA & PIZZA BAR LLC., d/b/a TRENTO et. al.<br>(See Attached Rider)<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-02229 (JMA)(AYS) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attached Rider.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor,
New York, NY 10011


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 04/20/2022

*Doreen Flanagan*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-02229 (JMA)(AYS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                                                    _____
                                                                    *Server's signature*

                                                                    _____
                                                                    *Printed name and title*

                                                                    _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

Print    Save As...                                                 Reset

LEE LITIGATION GROUP, PLLC
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

FRANK ZAZZARINO,
*on behalf of himself, FLSA Collective Plaintiffs, and the class,*

              Plaintiff,

        v.

BRAMALO PASTA & PIZZA BAR LLC.,
    d/b/a TRENTO,
DELITE RESTAURANT & PIZZERIA OF BELLMORE, INC.,
    d/b/a BRAMALO PIZZERIA & RESTAURANT,
THE E.L.M PIE BAR INC.,
    d/b/a AMERICANO PIE BAR,
MASSAPEQUA PARK PIZZA INC.,
    d/b/a GINO'S PIZZA & PASTA,
THE BEST PIZZERIA-RESTAURANT, INC.,
    d/b/a GINO'S TUSCAN,
EMILIO BRANCHINELLI, and
LORENZO BRANCHINELLI

              Defendants.

---

                                        **SUMMONS RIDER**

**SUMMONS RIDER**

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

- BRAMALO PASTA & PIZZA BAR LLC., d/b/a TRENTO
  344 East Shore Drive
  Massapequa, NY, 11758
  (Nassau County)

- DELITE RESTAURANT & PIZZERIA OF BELLMORE, INC.,
  d/b/a BRAMALO PIZZERIA & RESTAURANT
  1058 Broadhollow Rd
  Farmingdale, NY, 11735
  (Nassau County)

- THE E.L.M PIE BAR INC., d/b/a AMERICANO PIE BAR
  344 East Shore Drive
  Massapequa, NY, 11758
  (Nassau County)

- MASSAPEQUA PARK PIZZA INC., d/b/a GINO's PIZZA & PASTA
  215 Hilton Avenue
  Hempstead, NY, 11551
  (Nassau County)

- THE BEST PIZZERIA-RESTAURANT, INC., d/b/a GINO'S TUSCAN
  344 East Shore Drive
  Massapequa, NY, 11758
  (Nassau County)

- EMILIO BRANCHINELLI
  344 East Shore Drive
  Massapequa, NY, 11758
  (Nassau County)

- LORENZO BRANCHINELLI
  344 East Shore Drive
  Massapequa, NY, 11758
  (Nassau County)