# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

December 14, 2022

**Via ECF**
The Honorable Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

Re: *Zazzarino v. Bramalo Pasta & Pizza Bar LLC. et. al.*
Case No. 2:22-cv-02229

Dear Judge Azrack:

We are counsel to Plaintiff in the above-referenced action. We write jointly with counsel for Defendants, to provide a Status Report regarding Mediation pursuant to Your Honor's December 7, 2022, Order.

The parties have deliberated and agreed on the use of Mr. Evan Spelfogel as mediator. As a result of the holidays and the mediator's and parties' availability, the parties have confirmed January 18, 2023 as the date for mediation.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.


cc: all parties via ECF