# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct: 212-465-1188
cklee@leelitigation.com

February 10, 2023

**Via ECF**

The Honorable Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

      Re: *Zazzarino v. Bramalo Pasta & Pizza Bar LLC. et. al.*
         Case No. 2:22-cv-02229

Dear Judge Azrack:

  We are counsel to Plaintiff in the above-referenced action. We write jointly with counsel for Defendants, to provide a Status Report regarding Mediation pursuant to Your Honor's January 11, 2023, Order.

  The parties had their mediation on January 18, 2023. At the mediation, the parties made progress towards reaching a possible settlement in this case and agreed to continue their settlement discussions. Accordingly, the parties respectfully propose that they file a further joint status update by Friday, March 3, 2023.

  We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.


cc: all parties via ECF