# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:     212-465-1188                        March 16, 2023
                              cklee@leelitigation.com

**Via ECF**
The Honorable Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

                Re:    *Zazzarino v. Bramalo Pasta & Pizza Bar LLC. et. al.*
                        Case No. 2:22-cv-02229

Dear Judge Azrack:

      We are counsel to Plaintiff in the above-referenced action. We write jointly with counsel for Defendants, to provide a Status Report regarding Mediation pursuant to Your Honor's March 3, 2023, Order.

      The Parties are continuing to make progress towards the potential resolution of the claims and agreed to return to the Mediator, Mr. Evan Spelfogel, for further assistance. Accordingly, the Parties respectfully request that this Court provide a two (2) week period for the Parties to continue their settlement discussions and direct the Parties to file another Joint Status Letter by March 31, 2023.

      We thank the Court for its time and consideration.

Respectfully submitted,

*/s/     C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF