**LEE LITIGATION GROUP, PLLC**
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188　　　　　　　　　　　　　　March 30, 2023
　　　　　　　　　　cklee@leelitigation.com

**<u>Via ECF</u>**
The Honorable Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

　　　　　　　　Re:　<u>*Zazzarino v. Bramalo Pasta & Pizza Bar LLC. et. al.*
　　　　　　　　　　Case No. 2:22-cv-02229</u>

Dear Judge Azrack:

　　　We are counsel to Plaintiff in the above-referenced action. We write to provide a Status Report pursuant to Your Honor's March 17, 2023, Order.

　　　The Parties have not reached a settlement agreement yet but have agreed to return to mediation. Accordingly, we respectfully request that this Court provide a two (2) week period for the Parties to either reach a settlement agreement, or propose a Discovery Schedule to proceed with litigation.

　　　We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*　　　　　　　　
C.K. Lee, Esq.


cc: all parties via ECF