# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct: 212-465-1188
cklee@leelitigation.com

May 12, 2023

**Via ECF**
The Honorable Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

Re: *Zazzarino v. Bramalo Pasta & Pizza Bar LLC. et. al.*
Case No. 2:22-cv-02229

Dear Judge Azrack:

We are counsel to Plaintiff in the above-referenced action. We write jointly with counsel for Defendants, to provide a Status Report pursuant to Your Honor's April 24, 2023, Order.

The Parties are continuing to make progress towards the potential resolution of the claims. Accordingly, the Parties respectfully request that this Court provide a two (2) week period for the Parties to continue their settlement discussions and direct the Parties to file another Joint Status Letter by May 26, 2023.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.


cc: all parties via ECF