# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct: 212-465-1188
cklee@leelitigation.com

May 31, 2023

**Via ECF**
The Honorable Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

      Re: *Zazzarino v. Bramalo Pasta & Pizza Bar LLC. et. al.*
           Case No. 2:22-cv-02229

Dear Judge Azrack:

    The Parties have not settled this matter to date but plan to continue to discuss a possible resolution. Assuming that the Parties are unable to resolve this matter in the meantime, the Parties request until June 15, 2023 to submit a joint Case Management Plan for discovery, which has been held in abeyance during mediation discussions.

    We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.


cc: all parties via ECF