UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FRANK ZAZZARINO, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

BRAMALO PASTA & PIZZA BAR LLC.,
    d/b/a TRENTO,
DELITE RESTAURANT & PIZZERIA OF BELLMORE, INC.,
    d/b/a BRAMALO PIZZERIA & RESTAURANT,
THE E.L.M PIE BAR INC.,
    d/b/a AMERICANO PIE BAR,
MASSAPEQUA PARK PIZZA INC.,
    d/b/a GINO'S PIZZA & PASTA,
THE BEST PIZZERIA-RESTAURANT, INC.,
    d/b/a GINO'S TUSCAN,
EMILIO BRANCHINELLI, and
LORENZO BRANCHINELLI
                Defendants.

Case No.: 2:22-cv-02229

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff FRANK ZAZZARINO hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated June 8, 2023, and annexed hereto as **Exhibit A**.

Dated: June __, 2023

                              Respectfully submitted,

                By:

                              C.K. Lee, Esq. (CL 4086)
                              LEE LITIGATION GROUP, PLLC
                              148 West 24th Street, 8th Floor
                              New York, NY 10011
                              Tel.: (212) 465-1188
                              Fax: (212) 465-1181
                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

NIXON PEABODY LLP
Vincent E. Polsinelli, Esq
Attorney for Defendants
677 Broadway, 10th Floor
Albany, New York 12207
(518) 427-2743
vpolsinelli@nixonpeabody.com

By: _____
C.K. Lee, Esq.