UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANK ZAZZARINO, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*,

                    Plaintiff,

  - against -

BRAMALO PASTA & PIZZA BAR LLC.,
        d/b/a TRENTO,
DELITE RESTAURANT & PIZZERIA OF
BELLMORE, INC.,
        d/b/a BRAMALO PIZZERIA &
        RESTAURANT,
THE E.L.M PIE BAR INC.,
        d/b/a AMERICANO PIE BAR,
MASSAPEQUA PARK PIZZA INC.,
        d/b/a GINO'S PIZZA & PASTA,
THE BEST PIZZERIA-RESTAURANT, INC.,
        d/b/a GINO'S TUSCAN,
EMILIO BRANCHINELLI, and
LORENZO BRANCHINELLI,

                  Defendants.
------------------------------------------------------------------X

**JUDGMENT**
CV 22-2229 (JMA) (AYS)

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant BRAMALO PASTA & PIZZA BAR LLC., d/b/a TRENTO, having offered to allow Plaintiff FRANK ZAZZARINO ("Plaintiff") to take a judgment against it, in the sum of Twenty Thousand Dollars and No Cents ($20,000.00) ("Judgement Amount"), inclusive of legal fees and cost of any kind, to resolve Plaintiff's individual federal claims against it, in accordance with the terms and conditions of the Rule 68 Offer of Judgment dated June 8, 2023 and filed as Exhibit A to Docket Number 30;

      **WHEREAS**, on June 8, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of the Offer of Judgment (Dkt. No. 30), it is

**ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff FRANK ZAZZARINO, and against Defendant BRAMALO PASTA & PIZZA BAR LLC., d/b/a TRENTO in the sum of $20,000.00, in accordance with the terms and conditions of the Rule 68 Offer of Judgment dated June 8, 2023 and filed as Exhibit A to Docket Number 30; and that this case is closed.

Dated: June 13, 2023
      Central Islip, New York

                                      BRENNA B. MAHONEY
                                      CLERK OF COURT

                          By:    /s/ James J. Toritto
                                   Deputy Clerk